UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DOUGLAS YOUNG          :
    BUILDER, INC.,                    :    No. 09-21940REF
        Debtor                           :    Chapter 7

# SUBSTITUTED ORDER GRANTING DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF AUTOMATIC STAY

AND NOW, this 1st day of September, 2009, upon my consideration of Debtor's Motion for Contempt for Violation of the Automatic Stay (the "Contempt Motion"), which Contempt Motion seeks both actual and punitive damages, upon the testimony and exhibits offered and admitted in the expedited hearing on the Contempt Motion on August 26, 2009, upon the crossed out, interlineated, and scribbled written order that I entered at the conclusion of the hearing on August 26, 2009, and based upon the findings of fact, conclusions of law, and discussion in the accompanying Statement of even date in support of this Order,

    IT IS HEREBY ORDERED that the Contempt Motion is GRANTED.

    IT IS FURTHER ORDERED that Claude Mervine is found to be in contempt of the automatic stay under Section 362, 11 U.S.C. §362, of the United States Bankruptcy Code for changing the locks at Debtor's premisses at 2308 Lancaster Pike, Shillington, Pennsylvania; and

    IT IS FURTHER ORDERED that, pursuant to Section 362(k) of the Bankruptcy Code, sanctions in the nature of attorneys' fees are awarded in the amount of

$2,000, to be paid to Debtor's counsel within ten (10) days of this Order; and

IT IS FURTHER ORDERED that Mr. Mervine is hereby directed and compelled immediately to provide Debtor and the Trustee with a key or keys sufficient to permit them to enter the premises.

IT IS FURTHER ORDERED that Debtor's request for an award of punitive damages against Mr. Mervine is DENIED.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge